IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELIJAH IDRIS | ) | |
| | ) | |
| Plaintiff, | ) | No. 12-CV-06271 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| OFFICER JOHN CONWAY, | ) | |
| OFFICER WILLIAM MORIARTY, | ) | |
| and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT LIST TO DEFENDANTS' LR56.1 STATEMENT OF MATERIAL FACTS**

| | |
|---|---|
| **Exhibit A** | Complaint |
| **Exhibit B** | Elijah Idris Deposition (Excerpts) |
| **Exhibit C** | Plaintiff's Answers to Defendants' Request to Admit |
| **Exhibit D** | Officer William Moriarty Deposition (Excerpts) |
| **Exhibit E** | Officer John Conway Deposition (Excerpts) |
| **Exhibit F** | Officer Michael Crooker Deposition (Excerpts) |
| **Exhibit G** | Affidavit of Officer Jack Pasquale |
| **Exhibit H** | Deposition of Dr. Trevor J. Lewis, M.D. (Excerpts) |
| **Exhibit I** | Criminal Complaint |

Dated: October 28, 2013

                                                                     Respectfully submitted,

                                                                     Stephen R. Patton
                                                                     Corporation Counsel
                                                         By:    /s/ *Gail L. Reich*

1

Counsel for City of Chicago

/s/*Gail L. Reich*
Gail L. Reich
/s/*Kristin L. Acuff*
Kristin L. Acuff
Counsel for Moriarty and Conway

City of Chicago Department of Law
30 N. LaSalle St., Suite 900
Chicago, IL 60602
Atty. Nos. 6279564/6280771